# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **GABRIEL SETH JOSEPH,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | ORDER COMPELLING MARCUS MUMFORD TO RETURN CLIENT FILE TO RICHARD MAURO<br><br>Case No. 2:19-cv-00140-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Paul M. Warner |

The court, having considered the United States' motion for an order compelling Marcus Mumford to return Richard Mauro's client file on Gabriel Joseph, and for good cause appearing, GRANTS the United States' motion.

IT IS HEREBY ORDERED that Marcus Mumford shall immediately return Mr. Mauro's Gabriel Joseph file so that Mr. Mauro can comply with the court's discovery order.

IT IS SO ORDERED.

DATED this 9th day of October, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge