| Bank: | ZIONS |
|---|---|
| Message Status: | PNRM |
| Seq Num: | 20070520364200 |
| Related Seq Num: | |
| Pay Method: | FED |
| Message ID: | FTR811 |
| Date Received: | 20070221 13:06:25 |
| Value Date: | 2/21/2007 |

| Sender: | 321180748 |
|---|---|
| Amount: | $4,959,586.88 |
| Debit Info -- | |
| Debit Account: | 124000054 |
| Name: | |
| Addr1: | |
| Addr2: | |
| Addr3: | |
| Addr4: | |
| Credit Info -- | |
| Credit Account: | 002244523 |
| Name: | UTAH STANDARD TITLE INSURANCE AGENC |
| Addr1: | 195 S OREM BLVD STE 3 |
| Addr2: | OREM UT  84058-3008 |
| Addr3: | |
| Addr4: | |

| Advice: | |
|---|---|
| Dept: | DEPT1 |
| Trancode: | |
| Category: | |
| Linesheet: | |

| OMAD: | 20070221L4B74B3C00183302211504FT01 |
|---|---|
| IMAD: | 20070221L1B7813R000681 |
| Bus Func: | CTR |
| BNF: | UTAH STANDARD TITLE INS AGENCY |
| BNF Addr: | |
| BNF Acct: | 002244523 |
| BBK ID: | 002244523 |
| BBK Name: | UTAH STANDARD TITLE INS AGENCY |
| ORG: | |
| Sender Name: | WASHINGTON MUTUAL BANK FA |
| Sender Addr: | 400 EAST MAIN ST.<br>STOCKTON , CA 95290 |
| OGB: | |
| INS: | |
| INS Name: | |
| INS Addr: | |
| OBI: | 3012599472JOSEPH SL086847US TI |
| Rcvr Bank Name: | ZIONS |
| Rcvr Bank ID: | 124000054 |
| Rcvr Info: | |
| Notes: | |

4-Batch Wires Report - Page: 1/2


GOVERNMENT EXHIBIT 2-38

ZFNB-01-00006

| | |
|---|---|
| Bank: | ZIONS |
| Message Status: | PNRM |
| Seq Num: | 20070540425000 |
| Related Seq Num: | |
| Pay Method: | FED |
| Message ID: | FTR811 |
| Date Received: | 20070223 14:14:16 |
| Value Date: | 2/23/2007 |

| | |
|---|---|
| Sender: | 325070760 |
| Amount: | $699,771.00 |
| Debit Info -- | |
| Debit Account: | 124000054 |
| Name: | |
| Addr1: | |
| Addr2: | |
| Addr3: | |
| Addr4: | |
| Credit Info -- | |
| Credit Account: | 002244523 |
| Name: | UTAH STANDARD TITLE INSURANCE AGENC |
| Addr1: | 195 S OREM BLVD STE 3 |
| Addr2: | OREM UT  84058-3008 |
| Addr3: | |
| Addr4: | |

| | |
|---|---|
| Advice: | |
| Dept: | DEPT1 |
| Trancode: | |
| Category: | |
| Linesheet: | |

| | |
|---|---|
| OMAD: | 20070223L4B74B3C00235802231614FT01 |
| IMAD: | 20070223L1B7815R000906 |
| Bus Func: | CTR |
| BNF: | UTAH STANDARD TITLE INSURANCE AGENC |
| BNF Addr: | 195 SOUTH OREM BLVD<br>OREM UT US 84058 |
| BNF Acct: | 002244523 |
| BBK ID: | |
| BBK Name: | |
| ORG: | |
| Sender Name: | LOMBARD CLPC CO 1 |
| Sender Addr: | 333 E BUTTERFIELD RD<br>LOMBARD IL 601485617 |
| OGB: | |
| INS: | |
| INS Name: | |
| INS Addr: | |
| OBI: | RE: 53609BORROWER : GABRIEL JOSEPH |
| Rcvr Bank Name: | ZIONS |
| Rcvr Bank ID: | 124000054 |
| Rcvr Info: | |
| Notes: | |

4-Batch Wires Report - Page: 1/2

GOVERNMENT EXHIBIT 2-39

ZFNB-01-00004