**To:** 'Gabriel Joseph'[gjoseph@franklinsquires.com]
**Cc:** Bruce Olson[bolson@RQN.COM]
**From:** Douglas Matsumori
**Sent:** Thur 3/29/2007 12:51:19 PM
**Subject:** RE: following up

Gabe:  Thank you for selecting us as your legal representatives in this matter.  I should have the results of our conflict of interest check completed by noon today.  Assuming (as I believe we will find) that there are no conflicts, I will immediately send you an engagement letter for you to review and, if acceptable, sign and return to us with your retainer.  I would suggest that you meet with my partner, Mark Pugsley, who specializes in representing and defending persons or entities with respect to securities law issues and investigations both at the state and federal level.  On the transaction side of the securities issues, Gary Winger (head of our corporate practice section) will be involved.  I would start, however, with Mark.  In all events, I will alert Bruce Olson that you would like to immediately be in touch with the Colorado Criminal Tax attorney who he has recommended for your use.  I am, in fact, copying Bruce with this e-mail.

I will be in touch later this morning to finalize our engagement as your legal counsel.

Thanks

Doug Matsumori
3/29/2007  6:50 a.m. MDT

---

**From:** Gabriel Joseph [mailto:gjoseph@franklinsquires.com]
**Sent:** Wednesday, March 28, 2007 5:37 PM
**To:** Douglas Matsumori
**Subject:** following up

Doug,

I have completed my interview process for attorneys and would like to follow up with you to see if there are any conflicts that would prohibit you from representing me as general council and advising me on some real estate transactions.  I also wanted to make sure I could secure the council of someone in the firm there for securities work.  Lastly, but most important to me is if the attorney in Colorado can be hired to represent me in this investigation.  Please let me know the answers to these questions as soon as you can as I am needing to make a decision by late Thursday or early Friday.  Thank you again for taking time to discuss these issues with me yesterday.  Take care.

Gabe Joseph
801.836.5892 – cell
gjoseph@franklinsquires.com

RQN01204