Meeting w/ Gabe Joseph  4/4/07

<u>Park City Property</u>  (Referred by Realtor _____)   Gated Community,
- About 1 year ago. 1st knowledge                                    In Red Hawk.
   House on 53 acres. 11,000 sq. feet. (some punch list
     items but almost complete).

G.J.   owns   Asking $3.4 million. - Appraisals. came in @ $6.9 mm & $7.1 mm
wholly            Brandon Adams.
                    ↳ Formed SCIPC. → to be contract purchaser.
Amnist Coeptis        Went to Porsche for "bridge loan". - 1.5% 1st month, + 2 pts/month
made payments          Thereafter - want Gabe to guaranty
of interest.        Purchased and closed
                    Then SCIPC ⟶ REPC w/ Gabe @ a purchaser, for $7.0 mm.
                       80%. loan.  + 20% secured by liquid assets.
                              ↳ CD. by Jim's.
                    → 100% never came through.
                       80% → $8.6 mm. (net of purchase price yield ~ $2,000,000)
                       20% carried back in an unsecured note by SCIPC.

                       → loaned to Amnist Coeptis → loaned to G.J. → deposited
                          in Jim's Bank Acct. for $2 mm of CDS.
                          Line of credit to Amnist Coeptis  2.0 mm
                          ↳ loaned to Founder's Capital for use in
                                Amnist Coeptis.
                    Lender - Washington Mutual & Washington Mutual Home Mrtg.

RQN02056