

```
TCK Viewer - 460C217C.TCK
File

FedPayments Manager℠ -- Funds
Environment:    Front-End-PROD        ABA:                  324377820
Mode:           PROD                  Service Unit:         32437782
Cycle Date:     04/04/2007            System Date/Time:     04/04/2007 11:08:38

Status:         Completed             Message Type:         Standard
Create Time:    04/03/2007 17:29:29   Test/Prod:            Prod
IMAD:           20070403 QMGFT011 004130 04031735
OMAD:           20070403 L1LFB81C 000144 04031735

BASIC INFORMATION
Sender ABA (3100):       324377820 UTAH COM FCU PROVO
Receiver ABA (3400):     102000966 GUARANTY BK TR
Amount (2000):           50,000.00
Type Code (1510):        1000 - Transfer of Funds
Business Function (3600): CTR - Customer Transfer
Reference Number (3320): 4585
INSTITUTION INFORMATION
Originator (5000)
    Name:                ANNUIT COEPTIS, LLC
    Address:             9481 N 3830 W
                         CEDAR HILLS, UT 84062
Beneficiary (4200)
    ID Code:             D - DDA Account Number
    Identifier:          31210932
    Name:                LAW OFFICES OF JOSEPH H THIBODEAU
    Address:             COCTAF TRUST ACCT
```

**UTAH COMMUNITY CREDIT UNION**
**DATE OF DEPOSIT / WITHDRAWAL**

4/3/07

UCCU-01-00230